STATE v. MELTON

No. 173 PC.

Case below: 15 N.C. App. 198.

Petition for writ of certiorari to North Carolina Court of Appeals denied 31 August 1972.


STATE v. PHILLIPS

No. 178 PC.

Case below: 15 N.C. App. 74.

Petition for writ of certiorari to North Carolina Court of Appeals denied 31 August 1972.


STATE v. PRICE

No. 46.

Case below: 15 N.C. App. 599.

Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 15 September 1972.


STATE v. ROBINSON

No. 6 PC.

Case below: 15 N.C. App. 362.

Petition for writ of certiorari to North Carolina Court of Appeals denied 14 September 1972.


STATE v. SUMMERS

No. 191 PC.

Case below: 15 N.C. App. 282.

Petition for writ of certiorari to North Carolina Court of Appeals denied 31 August 1972.